FILED

DEC 16 2024

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

In The United States District Court
For the Northern District of OKLAHOMA

Alicia Moore
                plaintiff

Vs,

1. A# Tony G. Puckett
2. A# Harrison Kosmicler
3. A# Connor Curtis,
4. A# Hilary L. Velandia
                Defendants

Case No 2.4 CV - 610 GKF - MTS

Complaint - EEOC

Motion to file a Suit Against the Defendants Regarding MalPractice and civil Right and Misprisonment of Felony 18 USC § 4.

Intentional of Infliction of emotional distress

dishonesty, Bias, in dangerment of my life, Anxiety

Traumtizement, belittlement falsifying Records

Slander, Unethical Conduct on their behalf Harassment Also Discrimination, Misleading the court

IFP pending & summons



Come for the Court

Within all the motions that was

made against me I have proven to

be true. But yet still to be accused

of lying been dishonesty even when I

have shown proof, this is also harassment,

Unethical Acts . I have shown the

Courts proof numerous times.

 Background.

of all my complaints that I have

made within this Court I have also

shown proof to my complainsts so this

Situation should be made a whole,

this has been going on since 2019 - until Now

## Conclusion

I am asking the Courts to Pleas grant me, for Pain and Suffering due to the first page also. Intentional of Infliction of emotional distress, dishonesty, Bias indangerment, falsifying records, hardship Trauntizement, Slander, Unethical Conduct on their behalf, Harassment Discrimination, Misleading And ask that they would be dismissed from their Jobs for doing this to Anyone I am Asking for 2 million form EACH of them And ASK that they Not to do this to No one Else

Alicia Moore
4529 S. Everett St
Sand Springs 74063

316 806 2341



12:23

**Done**     **23 of 23**

My qualifiation

This is huge to me il was proud of myself and thank Mrs Julia for putting me in it il wouldnt of never did it on my own il have been a commercial driver for 20 + years clean Record



2020 Champion
City Bus Driver
Alicia Moore
Tulsa Transit

# Metropolitan Tulsa Transit Authority

P.O. Box 52488 • Tulsa, Oklahoma 74152 • (918) 585-1195

*New Evidence*

*pg. 1 of 2*

## NOTICE OF ENTRY IN PERSONNEL FILE

Instructions: This form must be made on all entries in employee's file.

Distribution: Original copy to Personnel file, Duplicate to Union, Triplicate to Employee.

Date **11/20/24**

NAME **Alicia Moore**          BADGE NO. **6872**

ADDRESS **510 S Rockford**          ZIP CODE **74120**

### REASON FOR ACTION TAKEN

Date **11/19/24**    Scheduled Time _____    Time Arrived / Time Called _____    Bus No. **1901**

Route **700**    Location **3rd & Cheyenne**    Run No. **57**

Remarks: On 11/19/24 Alicia Moore was observed eating from a paper plate while behind the wheel of the bus. After reviewing the video Alicia Moore was in fact eating while the bus was in motion taking both hands off of the steering wheel at one point. This violates the EHB pg. 17 B37. Safety violations committed while operating equipment, disregard, or violation of safety rules or practice. And the EHB pg. 51 Operator Safety - Operators should make every effort to arrive for duty prepared to drive in a safe manner. In addition, all Operators are expected to observe and obey all rules of the road. Alicia Moore violated Oklahoma Statute 47-11-901b. Alicia Moore also told me when I gave her the Out of Service letter that she "was not driving", which is a violation of the EHB pg. 13 A4, Deception, lying, or

### ACTION TAKEN

Accident ..... ☐    Preventable ..... ☐    Written Warning ..... ☐    Discharged ..... ☑

Resigned ..... ☐    Commended ..... ☐    Suspended ..... ☐    _____ Days    Suspension Dates: _____

Remarks: *Refused* _____

I have received a copy of this notice:

**Paulette Jackson**
_____
Employees Signature
Union Committee Member

**11/22/24**
_____
Date

**William Reed**
_____
Supervisor Officer

# Metropolitan Tulsa Transit Authority

P.O. Box 52488 • Tulsa, Oklahoma 74152 • (918) 585-1195

*Pg. 2 of 2*

## NOTICE OF ENTRY IN PERSONNEL FILE

Instructions: This form must be made on all entries in employee's file.
Distribution: Original copy to Personnel file, Duplicate to Union, Triplicate to Employee.

Date __11/20/24__

NAME __Alicia Moore__     BADGE NO. __6872__

ADDRESS __510 S Rockford__     ZIP CODE __74120__

### REASON FOR ACTION TAKEN

Date __11/19/24__   Scheduled Time _____   Time Arrived / Time Called _____   Bus No. __1901__

Route _____   Location _____   Run No. _____

Remarks: __making false statements to management or supervision, other employees, customers, and/or the public. When Alicia Moore left, dispatch informed us that Alicia Moore still had the keys to OP1701. It was found that Alicia Moore had left the keys in the ignition with the car still on. This is a violation of the EHB pg. 16 B23. Failure to take safety or security measures when driving or parking MTTA Vehicles. All of this is a violation of the EHB pg. 13 A29. Adhere to MTTA Policies and Procedures at all times.__

### ACTION TAKEN

Accident .....☐   Preventable .....☐   Written Warning .....☐   Discharged .....☑

Resigned .....☐   Commended .....☐   Suspended .....☐   ____ Days   Suspension Dates: _____

Remarks: _____

I have received a copy of this notice:

__Paulette Jackson__
Employees Signature
Union Committee Member

__11/22/24__
Date

__William R___
Supervisor Officer



I was Set up by Scott Marr (GM) and Fired because of this Scott Marr the GM.

General Management also threaten me to shut up told me I couldn't speak to the board of Directors Fired me and Rehired Michael Colbert. Nov 19th Nov 25th This was Retaliation

TULSA.OK

8 abc
TULSA

LAWSUIT AGAINST TRANSIT

**NAACP to support lawsuit against Tulsa Transit for alleged workplace hostility**

youtu.be

We all was wrongfully terminated

Case 4:24-cv-00610-GKF-MTS    Document 1    Filed in USDC ND/OK on 12/16/24    Page 10 of 51

## 2NEWS OKLAHOMA

# Tulsa Transit Sued For Racial Discrimination

**KJRH-Tulsa Videos**
Updated Thu, November 5, 2015, 10:27 PM CST



## Six Bus Drivers Claim They Were Wrongfully Terminated

 View comments

Terms and Privacy Policy    Privacy Dashboard    About Our Ad



# FORMER TULSA BUS DRIV-ERS SEEKING COMPENSA-TION AFTER EMBEZZLE-MENT ACCUSATIONS DROPPED

<p>In 2014, Tulsa's bus company accused six drivers of embezzlement. The district attorney later dropped the charges, but the drivers filed a counter-suit.</p>

Wednesday, June 29th 2016, 8:17 pm
By: News On 6





Some former MTTA workers were back in court for a settlement hearing Wednesday.

In 2014, Tulsa's bus company accused six drivers of embezzlement. The district attorney later dropped the charges, but the drivers filed a counter-suit.



**_11/25/2014 Related Story: Six Tulsa Bus Drivers Fired Over Allegations Of Theft_**



Now the plaintiffs, defendants, and their lawyers are trying to reach some type of settlement.


SOMETHING GOOD    PRESENTED BY: First Fidelity Bank    ONLY ON (9)



3:12    .ıll LTE 🔋

🔒 news9.com

9 ☰Q         🖵 4A 📅 36° ☀ 2

Trending:    Oklahoma Torna-      2024 Elec-
             does                 tion

The company fired the bus drivers and accused them of printing out free courtesy bus passes. The drivers say they were falsely arrested and jailed without probable cause or due process.

They say their names have been dragged through the mud.

**11/6/2015 Related Story: Six Fired Drivers Sue Tulsa Transit Authority**

Documents show each of the six plaintiffs – Justin Copeland, Lawrence Morgan, Kenneth Speed, John B. Smith, Beverly Drew, Leroy King – was fired with no warning and that they had to pay money to cover the cost of the courtesy passes.

The lawsuit also claims the bus drivers' termination was racially motivated, say-

   
SOMETHING GOOD   PRESENTED BY: First Fidelity Bank   ONLY ON 9   ✕



3:12       .ıl LTE 🔋

🔒 news9.com

**9** ☰Q    🖵 4A 📅 36° ☀ 2

Trending: Oklahoma Torna- 2024 Elec-
     does    tion

ing the drivers who were fired are all black but other drivers also printed out the courtesy passes and weren't disciplined.

The lawsuit claims the bus drivers were never given guidelines on how to distribute the courtesy passes or told how many could be printed each day.

The group is now seeking compensation for lost wages and benefits.

The settlement hearing is a closed to the public, but if one isn't reached, the case could go to trial in October.



**9** Get The ⌃
Daily Update!
Be among the first to get breaking news, weather, and general news updates from News 9 delivered right to your inbox!

SOMETHING GOOD PRESENTED BY: First Fidelity Bank ONLY ON **9** ✕

3:07      .oll LTE 🔋

AA    🔒 krmg.com    ↻



102.3 KRMG
TULSA'S NEWS & TALK ▶

Monarch Heating and Air
Locally Owned Company    OPEN >

# Six former Tulsa Transit bus drivers sue MTTA

**The federal lawsuit claims racism, denial of civil rights, and more**



Justice (Russell Mills)

November 6, 2015 at 10:26 p.m. UTC

By Russell Mills



3:07                                      LTE



102.3 KRMG
TULSA'S NEWS & TALK

Six former bus drivers have sued the Metropolitan Tulsa Transit Authority and three of its top officials, claiming they were falsely accused of embezzlement and fired.

MTTA had accused them of printing off "2 Ride" passes and giving them away or selling them, contrary to policy.

▷ ✕

Oribe, Goldwell, Innersense

GoldWell, Kérastase, Living Proof, and Deva Curl

Proudly Serving the Oklahoma City Community. Schedule an Appointment with Us Now.

salonexclusiveoko.com

Learn More

The drivers say they were confronted and told they had to either hand over cash in amounts ranging from about $1,000 to well over $30,000 or face immediate arrest.

Read More

2:59       LTE

Close      **Print Preview**



**1/9**

⬤ **HP DeskJet 3700 series [D90B3F]**

Print



Six former Metropolitan Tulsa Transit Authority bus drivers are suing the Transit Authority for civil rights violations after embezzlement charges were dismissed against three of the drivers. The other three had never been arrested or charged because the city said they paid back the amount that was allegedly taken.

Justin Copeland, Lawrence Morgan and Kenneth Speed were arrested almost a year ago after an internal investigation into the use of courtesy passes, called 2 Ride coupons. The city said the drivers printed out extra passes - usually given when a bus is late or breaks down - and gave them to someone else to sell for a reduced cost.

The lawsuit says the bus drivers were given the discretion to hand out the courtesy passes as part of customer service, and that Transit Authority had no evidence the drivers ever stole, sold or personally profited from doing so.

It also claims the proceedings against the drivers was a conspiracy against the six because they are black and "were painted with the stereotypical brush of bias and prejudice that all blacks are thieves, embezzlers or crooks."

The three men were said to have embezzled almost $38,000, but charges were dismissed this spring after a judge ruled the state "did not demonstrate criminal intent."

Three other drivers, identified in court documents as John B. Smith, Beverly Drew and Leroy King, paid the city money they were said to have embezzled and avoided arrest.

### _4/24/2015: Related Story: Embezzlement Charges Dismissed Against Former Tulsa Transit Drivers_

Case 4:24-cv-00610-GKF-MTS   Document 1 Filed in USDC ND/OK on 12/16/24   Page 20 of 51

In court documents filed Friday, attorneys Melvin C. Hall and Damario Solomon-Simmons say the city violated their clients' Fourth Amendment rights prohibiting unreasonable seizures.

"In this case plaintiffs were falsely arrested, detained, and imprisoned without probable cause and without due process. While under false arrest, plaintiffs were threatened with being booked into jail and prosecuted if they did not pay money that the defendants had arbitrarily and discriminatorily deemed that the Plaintiffs owed," the court document states.

Attorneys for the bus drivers also state the Transit Authority violated their Fourteenth Amendment rights by malicious prosecution and deprivation of their good name and reputation.

The attorneys are asking for back pay and benefit compensation as well as punitive damages. They also request that the money the three bus drivers paid the city be reimbursed and reinstatement or front pay.

The MTTA, General Manager William Cartwright, Operations Manager Michael Colbert and Human Resource Director Debbie Mulkey are named in the lawsuit.

Bill Cartwright, Manager of Tulsa Transit, said, "Tulsa Transit has no official comment on this case since it involves an ongoing legal matter."



# CITIZEN CRIME REPORT

This report form permits you to quickly and easily report a crime in which you have been a victim.

This report will be reviewed by a police officer.

If any other information is needed the Tulsa Police Department will contact you.

(FOLD HERE)

## — DIRECTIONS —

1. PLEASE PRINT OR TYPE. DO NOT USE PENCIL.

2. ANSWER ALL QUESTIONS.

3. WHEN FINISHED, FOLD ON DOTTED LINES,

   STAMP,

   MAIL, OR BRING TO ADDRESS BELOW.

(FOLD HERE)

PLACE
STAMP
HERE

**TULSA POLICE DEPARTMENT
GILCREASE DIVISION
3436 N. DELAWARE
TULSA, OK 74110**

(TAPE HERE)

⑨ **DESCRIBE EXACTLY WHAT HAPPENED. INCLUDE ALL DETAILS OF THE CRIME.**

**EXAMPLE:** I woke up at 8:00 AM and found my car had been broken into. They broke my left front window with a rock to get in. They stole my stereo and tapes. My neighbor saw two men in my car at 7:00 AM.

This example tells: **WHEN** it happened     **WHO** saw them     **WHAT** was stolen or damaged
    **WHO** did it     **HOW** they did it     **WHAT** they used to do it

The month of September 2023 I had President of the Union Camilla Hunter, Head Director Michael Colbert served at the Job Tulsa Transit. Someone At the Job told the sheriff that Camilla Hunter and Michael Colbert didn't work there anymore which was far from the truth, from September until 2023 Nov 30 23, they have been walking around antagonizing me at Tulsa Transit they All where, Their Attorneys swore to the courts that this was true, for me to drop my case, I am getting orders from Attorneys to drop my case and pay their Attorney fees, Well on and about Nov 2023 I had them served again at Tulsa Transit after telling the courts that they were in fact still at the Job all this time and it was a success this time on Nov 30 2023 at between 11:30 pm and 1 pm, I got back at the Job at 1:35pm to sign "out" at 1:48pm President of the Union/supervisor 103 Camilla Hunter came out of her work area and walk pass me with a knife I was looking at her and didn't know what to think but when I look up and three other supervisors was standing in the dispatch window watching her do this and I guess too, my reaction to what she was doing, Camilla could of waited until I left to do what she was doing or had one of the other supervisors that was watching to do it for her but she did not the other supervisors was Crystal(102) Linda, Christopher they all watch Camilla like they knew that of what she was about to do, I took it as a treat and a form of intimidation this is the second Report I have put on Camilla about walking up on me, I am a preying target of theirs but I pray to God one day this will end in peace I have not did anything to any body to be harassed and bullied by her or my other supervisor that are here and no longer here this is wrong

⑩ **YOUR SIGNATURE**

**I AM THE VICTIM OR AGENT OF THE VICTIM OF THE CRIME. THE INFORMATION IN THIS REPORT IS TRUE. I WILL ASSIST IN THE PROSECUTION OF THOSE PERSONS RESPONSIBLE FOR THE CRIME.**

_[signature]_

SIGNATURE       Dec 6 2023   DATE

**WARNING:** It is a violation of both city and state criminal codes to willfully make a false police report.

COMPLAINT NUMBER   2023-059948

REVIEWED BY _[signature]_     DATE 12/06/2023

TUL—4580-3



# ⑨ DESCRIBE EXACTLY WHAT HAPPENED. INCLUDE ALL DETAILS OF THE CRIME.

**EXAMPLE:** I woke up at 8:00 AM and found my car had been broken into. They broke my left front window with a rock to get in. They stole my stereo and tapes. My neighbor saw two men in my car at 7:00 AM.

This example tells: <u>WHEN</u> it happened          <u>WHO</u> saw them          <u>WHAT</u> was stolen or damaged
                     <u>WHO</u> did it          <u>HOW</u> they did it          <u>WHAT</u> they used to do it

I have been going through this with President Camilla Hunter for and About five years now on my Job harassing, bullying, Retaliation and none Representation since Aug 2019 until now and allso been a preing target to them Now President Camilla Hunter done took matter furthe bulith the bulling also trying to provoke me since the beginning Now she is walking up on me invading my space as a threat of some kind. Violeting my Right this is not good for me I am currently getting therapy when I can afford it waking up in the midle of the night having bad nightmares and anxiety attack I been wanting to Report this to the Police for a long time now but I have been Reporting it to my Job aba every thing and nothing have been done so I making this Report to some what protect myself because Preside Camilla Hunter is Playing dangerously with our lives and I want it to STOP STOP STOP I dont mess wit any one I stay to my self and I want to be left Alone. Its more to this I Kept document since Aug 2019 and I need for Someone else to Know what's going beples the Job because noone there is doing nothing for my situation to be going on this Long she is walking upon me for no Reason

## ⑩ YOUR SIGNATURE

I AM THE VICTIM OR AGENT OF THE VICTIM OF THE CRIME. THE INFORMATION IN THIS REPORT IS TRUE. I WILL ASSIST IN THE PROSECUTION OF THOSE PERSONS RESPONSIBLE FOR THE CRIME.

SIGNATURE _____          DATE _July 6 2023_

**WARNING:** It is a violation of both city and state criminal codes to willfully make a false police report.

REVIEWED BY Ofc. L. Mullin #02014          DATE 070622

COMPLAINT NUMBER 2023-032061



**⑨ DESCRIBE EXACTLY WHAT HAPPENED. INCLUDE ALL DETAILS OF THE CRIME.**

EXAMPLE: I woke up at 8:00 AM and found my car had been broken into. They broke my left front window with a rock to get in. They stole my st and tapes. My neighbor saw two men in my car at 7:00 AM.

This example tells: **WHEN** it happened      **WHO** saw them      **WHAT** was stolen or damaged
               **WHO** did it      **HOW** they did it      **WHAT** they used to do it

I have had four encounter with this Individual walking up on me. the last two times she did it she had weapons in her hands. She was mad because she was served a second time to go to court about the harassment thats been going on since 2019

This last incident ON Nov 30 2023 after I had her Camilla Hunter and other serve for the second time for court the first time someone at the bb company told the sheriff Department that they didnt work there anymore this was the second Attempt and she was mad at me. There was Crystal Carter Christopher Ra and Linda Winfield was watching Camilla when she Approach me with the knife. here is my witnes if I didnt have this pictur (I wouldn't of had nothing they did away with video Crystal Carter Second Part of Nov 30, 2023

Upper management did away with evidence I Reported to them at the same time and nothing was done they also have a no weapon policy

**⑩ YOUR SIGNATURE**

I AM THE VICTIM OR AGENT OF THE VICTIM OF THE CRIME. THE INFORMATION IN THIS REPORT IS TRUE. I **WILL** **ASSIST** IN THE PROSECUTION OF THOSE PERSONS RESPONSIBLE FOR THE CRIME.

SIGNATURE _____     DATE Mar 15 2

**WARNING:** It is a violation of both city and state criminal codes to willfully make a false police report.

REVIEWED BY _____     DATE

COMPLAINT NUMBER   C23-032081





Handwritten margin notes:

She at the job for over 20 years was fired 3 times!

Union President

1 Supervisor for Metropolitan Tulsa Transit

Conflict of Interest.

her termination had nothing to do with her Pulling A Knife on me twice See Attachments

< [logo] Tulsa Transit Driver Al...     Q ≡

**Most relevant**

 **Anonymous member**
2h · 🖾

DING DONG THE WITCH IS GONE!!!!! Now we can walk through and breathe.  After many years of not fighting for us.  She was on management side the whole time.Her and Eddie embezzling our money,that we paid dues to the union. I guess you two can have more long weekends, that his wife doesn't know about. Who doesn't know you two were sleeping together. Going behind the scenes getting people fired. She was never to be trusted. She put on a real show , like she was going to be for us when she went to admin.  Please she only cared about herself. So much pain and hurt;so many jobs lost.  I just hope this new union is about us and will fight for us. We will not stand for this type of behavior anymore.



 Home      Video      Gaming      Profile      Notifications      Menu

🏠  🔒 oscn.net/dockets/GetC   ➕   :D   ⋮

Docket: Clifford E. Hopper

**Monday, May 13, 1996 at 9:00 AM**
ABSTRACT SENT TO DPS, CNT=004
Party Name: HUNTER, CAMILLA
Docket: J "Duke" Wayne

**Tuesday, June 4, 1996 at 10:00 AM**
JURY TRIAL SOUNDING DOCKET
Party Name: HUNTER, CAMILLA
Docket: Russell P. Hass

# COUNTS

Parties appear only under the counts with which they were charged. For complete sentence information, see the court minute on the docket.

**Count # 1.**

Count as Filed: ASSAULT WITH A DANGEROUS WEAPON/FELONY, in violation of 21 O.S. 645
Date of Offense: 03/03/1996

Party Name: HUNTER, CAMILLA

Disposed: DISMISSED, 05/07/1996. Dismissed- Request of the State
Count as Disposed: ASSAULT & BATTERY-FELONIOUS/W/DEADLY OR DGR. WEAPON (MF: ASSAULT WITH A DANGEROUS WEAPON/FELONY) (ABDGR)
Violation of 21 O.S. 645,652,653,681

**Count # 2.**

Count as Filed: ASSAULT AND BATTERY/MISD, in violation of 21 O.S. 644
Date of Offense: 03/03/1996

# ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| KIVELL, THOMAS D (Bar #5064) TRIAD CENTER 7666 EST 61ST ST, STE 240 TULSA, OK 74133 | METROPOLITAN TULSA TRANSIT AUTHORITY, |

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

Issue # 1.        Issue: BREACH OF DUTY OF LOYALTY,COLLCETIVE AGREEMENT AND DENIAL OF DUE PROCESS (OTHER)
Filed By: METROPOLITAN TULSA TRANSIT AUTHORITY
Filed Date: 02/19/2003

Party Name: <u>Defendant:</u>
LOCAL 892 OF THE AMALGAMATED TRANSIT UNION
Disposed: DISMISSED WITHOUT PREJUDICE, 04/16/2003. Other

Party Name: <u>Defendant:</u>
HARRISON, LASHAWN
Disposed: DISMISSED WITHOUT PREJUDICE, 04/16/2003. Other

Party Name: <u>Defendant:</u>
HARRISON, VERA
Disposed: DISMISSED WITHOUT PREJUDICE,



**Crystal Carter**
Active 5m ago

Camilla is very low down. I know at least two events with her is true with you. She do some very messed up stuff and think it is okay. I will message you when I get off work.

Ok thank u

WED 5:57 PM

The day of the retirement party Chris and I seen Camilla walk up on you with that knife. We told her she crazy. I asked her why she did that? She said because she is sick of you. It was another day you was by the pole and she purposely came out of dispatch to make you move. She told me she did it on purpose. I never had a problem with you. You did your job ↓ . went home

    Aa



June 6, 2024

To whom it may concern,

On the day of Lawrence Bennett retirement party Christopher Rogan and I noticed Camilla Hunter walk up on Alicia Moore with a knife pointing Alicia way. When Camilla came into dispatch we asked her why she did that? Camilla responded "I'm sick of her. Another event Alicia was standing by a pole and Camilla purposely came out of dispatch to make Alicia move. Camilla told me she did this on purpose. Camilla Hunter is a cancer to Tulsa Transit. Camilla caused me to get wrongfully terminated, when I was doing my job in safety. Camilla is allowed to harrass drivers and some managers. Camilla is very sneaky and knows exactly what she is doing.

Crystal Carter
(361-350-0172

Subscribed and Sworn before me on the 6th day of June 2024

Lauren Samuels

**LIST INDIVIDUALS YOU ARE COMPLAINING AGAINST.** If more needs to be added, attach sheet with their information.

Name: Scott Nyhan
Race: W
Gender: Male
Job Title: CEO
Telephone #:
Address: 510 S Rockford Ave
City, State, Zip: Tulsa OK 74133

Name: Cammilla Hunter
Race: B
Gender: F
Job Title:
Telephone #: 918-450-3552
Address: 612 N 38 W Pl
City, State, Zip: Tulsa OK 74127

**WHERE DID THE INCIDENT OCCUR?**

Address: 510 S Rockford Ave
City, State, Zip: Tulsa OK 74133

Address:
City, State, Zip:

Address:
City, State, Zip:

**YOUR COMPLAINT: Tell us what happened? If possible, give the chronological order. Continue on attached sheet if needed.**

I was the Safety + Training Manager for Tulsa Transit. An incident occurred with one of the operators. The Dispatchers did not respond to the operator being assaulted. I was [illegible] to the operator [illegible] manager. Cammilla Hunter and [illegible] [illegible] [illegible] told me in a [illegible] [illegible] why the operators feel they [illegible] they [illegible] time there is an emergency they need to respond. I was taken out of service, then brought back in [illegible]. The HR manager, [illegible] stated Dispatch handled the situation right. One week later management corrected the Dispatcher with [illegible] that [illegible] the situation was not handled correctly.

**WERE THERE ANY WITNESSES?**

Name: Naomi Henderson
Relationship to you: Co-worker
Address:
City, State, Zip:
Telephone #: 917-422-4946

Name:
Relationship to you:
Address:
City, State, Zip:
Telephone #:

Name:
Relationship to you:
Address:
City, State, Zip:
Telephone #:

**WHAT WOULD YOU LIKE TO HAPPEN CONCERNING YOUR COMPLAINT?**

Please see the attachment. Scott Nyhan is not a good General Manager. He is not fair and consistent. He and Cammilla are bullies at Tulsa Transit. If they can't like you, you will be treated unfair or terminated. I would like to see a change in leadership.

1. I affirm that the information I have provided on this complaint form is true to the best of my knowledge and belief.
2. I understand that submitting this formal complaint to the NAACP Tulsa Branch does not represent a filing of any official complaint with any government agency or any other legal authority.
3. I understand that at this time the NAACP Tulsa Branch is seeking information in order to assist me concerning this complaint.
4. I am authorizing the NAACP Tulsa Branch and/or its representatives to assist me with my complaint.

## Amayesing Skillz
### Counseling Services

*C*

To Whom It May Concern:

Please accept this letter on behalf of Ms. Alicia Moore. Ms. Moore receives mental health services from our counseling agency, Amayesing Skillz Counseling Services, and is being assisted by one of our therapists regarding her mental health struggles.

Due to Ms. Moore's current stress due to work-related issues, I am recommending that a leave of absence would best help Ms. Moore's path to better mental health.

Please get in touch with my office staff or me at (918) 932-8774 if you need further clarification or documentation concerning my recommendation concerning Ms. Moore's leave of absence. Thank you kindly for your prompt attention to this matter.

Sincerely,

*Ebony Skillens LPC-S*
2/15/23

Ebony Skillens LPC-S

Office: 918-932-8774
Fax: 844-881-4140
6028 S. 66th E. Ave Suite 103
Tulsa, Oklahoma 74145
info@amayesingskillz.com | www.amayesingskillz.com



MASON COUNSELING SERVICES

May 17, 2024

To whom it may concern,

I am writing this letter in regard to your request for treatment information. Alicia Moore is currently a client of Dwayne Mason Jr. MS, LPC with Mason Counseling Services. She is currently receiving individual therapy at Mason Counseling Services, LLC for the signs and symptoms and is being treated for his current diagnosis of Adjustment Disorder, with mixed anxiety and depressed mood. Due to difficulty adjusting to work treatment, co worker relationships, and workforce authority.

Alicia Moore continues to engage in, as needed psychotherapy treatment due to triggers of mixed anxiety/depressed mood, by anxious thoughts, negative thoughts, and etc.

Sincerely,

Dwayne Mason  M.S., LPC

# Mason Counseling Services, LLC
## Dwayne Mason Jr., LPC

## Appointment History

| Date | Start Time | End Time |
|------|-----------|----------|
| 01/24/2023 | 10:30 AM | 11:30 AM |
| 02/14/2023 | 10:00 AM | 11:00 AM |
| 03/14/2023 | 2:00 PM | 3:00 PM |

Appointment history printed on 4/12/2024

MOORE, ALICIA V **DOB:** 05/03/1968 (54 yo F) **Acc No.** 299458 **DOS:** 07/25/2022



**MOORE, ALICIA V**
54 Y old Female, DOB: 05/03/1968
Account Number: 299458
7732 S. Victor apt. 20c, , Tulsa , OK-74136
Home: 316-806-2541
Guarantor: MOORE, ALICIA V   Insurance: MTTA
External Visit ID: 2533504
Appointment Facility: CareATC First Place Tower

07/25/2022
Check Out: 12:48 PM CST

Progress Notes: Steven S Mays, MD

### Current Medications

**Taking**
- ALPRAZolam 0.5 MG Tablet 1/2-1 tablet Orally every 4-6 hours as needed
- Citalopram Hydrobromide 20 mg tablet 1 tablet Orally at bedtime
- Citalopram Hydrobromide 20 mg tablet 1 1/2 tablet Orally Once a day
Medication List reviewed and reconciled with the patient

### Past Medical History
Allergies.
Hearing Loss.
thyroid nodules/ goiter?.

### Surgical History
Thyroid biopsy- benign 1979 & 1983
BTL
C section

### Family History
Father: deceased 68 yrs, Liver Cirrhosis
Mother: deceased 69 yrs, Brain cancer
1 brother(s) , 3 sister(s) .
Dad had cirrhosis and mother died has metastatic brain cancer which she is been battling for the past year and now is on hospice. Maternal grandmother just died this fall from pancreatic cancer at age 85 and maternal great-grandmother died about age 83.

### Social History
**Tobacco Use:**
Tobacco Use/Smoking Status
Are you a *nonsmoker*
Additional Findings: Tobacco Non-User *Current non-smoker*
**Drugs/Alcohol:**
Alcohol Screen
Did you have a drink containing alcohol in the past year? *No*
Points *0*

### Reason for Appointment
1. discuss referral for stress**** For Health Center Use Only ****How would you like to complete your follow-up visit?In person at a health center

### History of Present Illness
****************.

Patient follow-up from approximately 2 and half weeks ago with regards to difficult situational work environment causing anxiety and depression. We had initially seen her for this on 06/16 started on citalopram at the 20 mg dosage and had alprazolam as a backup for use for acute anxiety or panic situations. On last visit I had suggested increasing her citalopram to the 30 mg dosage or pill and a half. She was concerned about getting "dependent on the medicine" so is only taking it every other day. She does feel like it is helping.

### Vital Signs
Ht 68 in, Wt **202 lbs**, HR **60 /min**, Oxygen sat % **98 %**, BP 130/90 mm Hg, BMI **30.71 Index**, Wt Change 10 lbs, Ht-cm 172.72 cm, Wt-kg 91.63 kg.

### Examination
General Examination:
General Appearance alert , in no acute distress.
PSYCH: mood/affect full range , good eye contact, More proactive today , thought process logical, goal directed.
Jessica Abbott in the room for review of history and discussion with the patient.

### Assessments
1. Situational anxiety - F41.8 (Primary)
2. Depression - F32.9

discussed with her options and agree to refer her to a therapist which I had been wanting her to see any way. I explained the use of a therapist master's level verses a psychiatrist which I told her I do not use very often because they do not do much therapy which is I what I think she needs in order to get some tools handle the difficult work situation. Suggested she get on the citalopram 30 mg every day and let us see how she does over the next couple weeks.

**MOORE, ALICIA V DOB: 05/03/1968 (54 yo F) Acc No. 299458 DOS: 06/16/2022**

C/sec 1987
Vag del 1991
VAg del 1993

**Review of Systems:**

Patient has had not had routine PHA screening in 3 years which we will need to schedule at some point in the future when her emotional situation is much better.

## Examination

### General Examination:
General Appearance alert Emotionally distraught.
PSYCH: good eye contact , mood/affect full range, very tearful and emotional.

## Assessments
1. Situational mixed anxiety and depressive disorder - F43.23 (Primary)
2. Panic attack - F41.0

discussion with her hers work situation and the addictive humiliated a behavior of co-worker and supervisor. I told her she may need to get some counseling with a therapist through Floyd assistance. I did suggest starting on alprazolam 0.5 mg 1/2-1 tablet every 4-6 hours if needed told her to take a whole tablet tonight since she is not working Mar let us see how she does. In addition explained citalopram 20 mg tablets to take 1 daily at night and told her it will take a couple weeks for this to start working but should lower the "water level". Follow-up in 2 weeks call me if needed. total time 15 +minutes.

## Treatment
**1. Situational mixed anxiety and depressive disorder**
Start ALPRAZolam Tablet, 0.5 MG, 1/2-1 tablet, Orally, every 4-6 hours as needed, 30 days, 30, Refills 0
Start Citalopram Hydrobromide tablet, 20 mg, 1 tablet, Orally, at bedtime, 30 day(s), 30 Tablet, Refills 2

Electronically signed by Steven Mays , MD on 06/16/2022 at 02:51 PM CDT

Sign off status: Completed

CareATC First Place Tower
15 E 5TH ST
STE 1600
TULSA, OK 74103-4320
Tel: 800-993-8244
Fax: 888-809-9007

Progress Note: Steven S Mays, MD   06/16/2022





# Know Your Rights:
# Workplace Discrimination is Illegal

The U.S. Equal Employment Opportunity Commission (EEOC) enforces Federal laws that protect you from discrimination in employment. If you believe you've been discriminated against at work or in applying for a job, the EEOC may be able to help.

## Who is Protected?

- Employees (current and former), including managers and temporary employees
- Job applicants
- Union members and applicants for membership in a union

## What Organizations are Covered?

- Most private employers
- State and local governments (as employers)
- Educational institutions (as employers)
- Unions
- Staffing agencies

## What Types of Employment Discrimination are Illegal?

Under the EEOC's laws, an employer may not discriminate against you, regardless of your immigration status, on the bases of:

- Race
- Color
- Religion
- National origin
- Sex (including pregnancy and related conditions, sexual orientation, or gender identity)
- Age (40 and older)
- Disability
- Genetic information (including employer requests for, or purchase, use, or disclosure of genetic tests, genetic services, or family medical history)
- Retaliation for filing a charge, reasonably opposing discrimination, or participating in a discrimination lawsuit, investigation, or proceeding.

## What Employment Practices can be Challenged as Discriminatory?

All aspects of employment, including:

- Discharge, firing, or lay-off
- Harassment (including unwelcome verbal or physical conduct)
- Hiring or promotion
- Assignment
- Pay (unequal wages or compensation)
- Failure to provide reasonable accommodation for a disability or a sincerely-held religious belief, observance or practice
- Benefits
- Job training
- Classification
- Referral
- Obtaining or disclosing genetic information of employees
- Requesting or disclosing medical information of employees
- Conduct that might reasonably discourage someone from opposing discrimination, filing a charge, or participating in an investigation or proceeding.

## What can You Do if You Believe Discrimination has Occurred?

Contact the EEOC promptly if you suspect discrimination. Do not delay, because there are strict time limits for filing a charge of discrimination (180 or 300 days, depending on where you live/work). You can reach the EEOC in any of the following ways:

**Submit** an inquiry through the EEOC's public portal: *https://publicportal.eeoc.gov/Portal/Login.aspx*

**Call** 1–800–669–4000 (toll free)
1–800–669–6820 (TTY)
1–844–234–5122 (ASL video phone)

**Visit** an EEOC field office (information at *www.eeoc.gov/field-office*)

**E-Mail** *info@eeoc.gov*

Additional information about the EEOC, including information about filing a charge of discrimination, is available at *www.eeoc.gov*.



## EMPLOYERS HOLDING FEDERAL CONTRACTS OR SUBCONTRACTS

The Department of Labor's Office of Federal Contract Compliance Programs (OFCCP) enforces the nondiscrimination ..d affirmative action commitments of companies doing business with the Federal Government. If you are applying for a job with, or are an employee of, a company with a Federal contract or subcontract, you are protected under Federal law from discrimination on the following bases:

### Race, Color, Religion, Sex, Sexual Orientation, Gender Identity, National Origin

Executive Order 11246, as amended, prohibits employment discrimination by Federal contractors based on race, color, religion, sex, sexual orientation, gender identity, or national origin, and requires affirmative action to ensure equality of opportunity in all aspects of employment.

### Asking About, Disclosing, or Discussing Pay

Executive Order 11246, as amended, protects applicants and employees of Federal contractors from discrimination based on inquiring about, disclosing, or discussing their compensation or the compensation of other applicants or employees.

### Disability

Section 503 of the Rehabilitation Act of 1973, as amended, protects qualified individuals with disabilities from discrimination hiring, promotion, discharge, pay, fringe benefits, job training, classification, referral, and other aspects of employment by Federal contractors. Disability discrimination includes not making reasonable accommodation to the known physical or mental limitations of an otherwise qualified individual with a disability who is an applicant or employee, barring undue hardship to the employer. Section 503 also requires that Federal contractors take affirmative action to employ and advance in employment qualified individuals with disabilities at all levels of employment, including the executive level.

### Protected Veteran Status

The Vietnam Era Veterans' Readjustment Assistance Act of 1974, as amended, 38 U.S.C. 4212, prohibits employment discrimination against, and requires affirmative action to recruit, employ, and advance in employment, disabled veterans, recently separated veterans (i.e., within three years of discharge or release from active duty), active duty wartime or campaign badge veterans, or Armed Forces service medal veterans.

### Retaliation

Retaliation is prohibited against a person who files a complaint of discrimination, participates in an OFCCP proceeding, or otherwise opposes discrimination by Federal contractors under these Federal laws.

Any person who believes a contractor has violated its nondiscrimination or affirmative action obligations under OFCCP's authorities should contact immediately:

The Office of Federal Contract Compliance Programs (OFCCP)
U.S. Department of Labor
200 Constitution Avenue, N.W.
Washington, D.C. 20210
1–800–397–6251 (toll-free)

If you are deaf, hard of hearing, or have a speech disability, please dial 7–1–1 to access telecommunications relay services. OFCCP may also be contacted by submitting a question online to OFCCP's Help Desk at https://ofccphelpdesk.dol.gov/s/, or by calling an OFCCP regional or district office, listed in most telephone directories under U.S. Government, Department of Labor and on OFCCP's "Contact Us" webpage at https://www.dol.gov/agencies/ofccp/contact.

## PROGRAMS OR ACTIVITIES RECEIVING FEDERAL FINANCIAL ASSISTANCE

### Race, Color, National Origin, Sex

In addition to the protections of Title VII of the Civil Rights Act of 1964, as amended, Title VI of the Civil Rights Act of 1964, as amended, prohibits discrimination on the basis of race, color or national origin in programs or activities receiving Federal financial assistance. Employment discrimination is covered by Title VI if the primary objective of the financial assistance is provision of employment, or where employment discrimination causes or may cause discrimination in providing services under such programs. Title IX of the Education Amendments of 1972 prohibits employment discrimination on the basis of sex in educational programs or activities which receive Federal financial assistance.

### Individuals with Disabilities

Section 504 of the Rehabilitation Act of 1973, as amended, prohibits employment discrimination on the basis of disability in any program or activity which receives Federal financial assistance. Discrimination is prohibited in all aspects of employment against persons with disabilities who, with or without reasonable accommodation, can perform the essential functions of the job.

If you believe you have been discriminated against in a program of any institution which receives Federal financial assistance, you should immediately contact the Federal agency providing such assistance.

# ARTICLE 10

## SENIORITY

10.1    The seniority of all employees shall be determined by a list, which both the Authority and the Union will agree upon and adopt.

10.2    New employees shall accrue seniority from the time and date they are released from training to revenue service or begin work in the maintenance department. Where two (2) or more employees have the same seniority date, their positions on the seniority list will be determined by drawing numbers or other mutually agreeable method. However, the employees hired for Rideshare Operators or Rideshare Services Jr. Utility positions that currently drive for Tulsa Transit's paratransit services will maintain their current order of seniority only. The order of seniority does not include any years of service, but merely determines the order for seniority purposes among the Rideshare Operators and Rideshare Services Jr. Utility positions. All other Rideshare Operators or Rideshare Services Jr. Utility employees that are hired shall accrue seniority from the time and date they begin revenue service, services on the street, or begin work in the maintenance department.

New employees shall be on probation during the first ninety (90) working days of employment. This ninety (90) working day probation period shall be calculated from the time and date the employee successfully completes operator training and is assigned to a scheduled run or the extra board or begins work in the maintenance department. During said probationary period, the Authority for any reason may discharge employees, and the Authority shall be under no obligation to re-employ such persons.

10.3    For all purposes relating to seniority, three (3) departments of the Authority shall be recognized; namely, the Transportation Department, composed of Transit Operators and Rideshare Operators, the Maintenance Department composed of maintenance personnel, and the Part-Time Transit Operators and Rideshare Operator Department, composed of part-time Transit Operators and Rideshare Operators.

10.4    Employees may not hold seniority in more than one department of the Authority. Seniority may not be transferred from one department to another.

10.5    The Authority agrees to keep posted in an accessible place an up-to-date seniority list showing the name and seniority standing of all its employees.

10.6    Any employee covered by this Agreement who is promoted to a position not included within the scope of this Agreement shall have a period of ninety (90) calendar days within which to either return to his or her former seniority standing or to continue in such exempt employment, in which case he or she shall relinquish any and all previously retained or accumulated seniority.

## CODE OF CONDUCT POLICY

In an effort to provide a consistent, high quality level of service to customers and provide a supportive work environment, employees must have professional conduct and adhere to Tulsa Transit policies and procedures at all times.

The following list includes, but is not limited to, the types of behavior that employees should follow:

1. Follow instructions from management;

2. Be honest and of good moral character in dealing with customers, fellow employees, and the public;

3. Make complete and truthful statements, including but not limited to, paperwork and reports associated with work duties;

4. Avoid disruptive behavior;

5. Make safety and the responsibility for human lives a top priority;

6. Adhere to Tulsa Transit's Policies and Procedures at all times; and

7. Be respectful, professional, and considerate to Tulsa Transit's employees, customers, and the public at all times, in all circumstances.

Due to the importance of public safety, any adverse judgment, plea of guilt, plea of no contest, or conviction of a civil or criminal offense pertaining to the health, safety and/or welfare of others (i.e., offenses while driving a motor vehicle, offenses involving alcohol and/or drug abuse, violent offenses, theft, etc.) must be reported to the Human Resources Department within 48 hours. Any employee who is charged with a criminal offense or an offense involving the operation of a vehicle may be suspended without pay at the discretion of management. Any employee who operates a Tulsa Transit revenue vehicle who is convicted of, pleads guilty to, pleads no contest to, or receives an adverse judgment to a driving-related alcohol or substance abuse charge will be terminated. For all other charges, an adverse judgment, plea of guilt, plea of no contest, or conviction may result in discipline up to and including termination of employment.

Discipline for violating Tulsa Transit's policies is administered at the discretion of management. Discipline includes, but is not limited to, verbal warnings, written warnings, suspension, or dismissal. If appropriate, additional training may be required. For additional information, see Section V, Performance.

Any questions concerning conduct or discipline should be directed to management or the Human Resources Department. Violation of this policy will result in disciplinary action up to and including discharge from employment. For more information, see Section V.A. General Rules of Conduct.

## ELECTRONIC EQUIPMENT, SOFTWARE, CORPORATE NETWORK, AND COMMUNICATIONS POLICIES

Employees are responsible to conduct themselves honestly and appropriately on all Tulsa Transit electronic equipment and communications systems (including, but not limited to, the telephone, cellular phone, wireless phone, wireless device, video camera, radio, bus electronic equipment, intercom, Personal Digital Assistant (PDA), laptop, tablet, thin client and computer) and respect the copyright laws, patents, trademarks, software licensing rules, property rights, and the privacy of others. All existing Tulsa Transit policies apply to the employee's conduct on all electronic communications systems especially, but not limited to, those that deal with

10

intellectual property protection, privacy, misuse of Tulsa Transit resources, harassment, information, data security, and confidentiality. Violation of these policies will result in disciplinary action up to and including termination of employment.

Prohibited conduct includes, but is not limited to:

- Computers, email, phone system or any other network resource may not be used to solicit, communicate or promote outside commercial ventures, religious or political causes, organizations not connected to Tulsa Transit business, or other non-job-related solicitations. Any pornographic or sexually-related activity using any Tulsa Transit electronic resources is absolutely prohibited on all MTTA equipment and premises.

- Use of personal email accounts, web-email, or chat/instant messaging applications.

- Usage in violation of any Tulsa Transit work rules, policies, state or federal laws.

- Harassment or discrimination on the basis of any federally protected characteristic or sexual orientation via means including, but not limited to, e-mail, instant messaging, telephone, texting, social media, or paging, whether through language, frequency, or size of messages.

- Unauthorized use/deliberate disguising of the sender or forging of e-mail header information. Alteration of content of an e-mail message originating from another sender with intent to deceive.

- Hosting an e-mail transport/relay service outside of supported and authorized information technology systems. Solicitation of email for any other email address, other than that of the user's account, with the intent to harass or otherwise misuse email resources. Creating or forwarding "chain letters" or "pyramid schemes" are prohibited by law.

- Employees may not download or open any executable (.exe) files from an outside source without express permission from the Information Technology Department.

- No employee may use Tulsa Transit resources to knowingly download or distribute pirated software or data, including but not limited to, music, movies, instant messenger/chat programs, social media programs, peer-to-peer file sharing programs, and others similar in nature.

- No employee may use Tulsa Transit facilities or any electronic resources or other medium to download or upload or install "any" software programs on any electronic communication system including, but not exclusively related to, entertainment software, games, file sharing programs, instant messengers for chat or any other software.

- Employees/users may not add hardware (including peripherals) or install software to any computer system owned or operated by Tulsa Transit without first obtaining authorization from the Information Technology Department.

**Equipment Abuse and Theft:** Employees/users are to comply with Tulsa Transit's internal policies outlined in the Employee Handbook, as well as the Oklahoma Computer Crimes Act. Both federal and state laws prohibit the theft or abuse of computers and any other electronic resources such as electronic communications resources, systems, and services. Abuses include (but are not limited to) unauthorized entry, use, transfer, tampering with the communications of others, intentional damage to any application or data and interference with the work of others and with the operation of electronic communications resources, systems, and services.

11

**Copyright Protection:** Electronic communications systems should not be used to knowingly send or download copyrighted materials, trade secrets, proprietary financial information, or similar materials without prior authorization from management. Employees/users may not illegally copy, request to copy, or allow others to copy material protected under copyright law. Questions regarding copyrights and software licenses should be directed to the Information Technology Department.

**Privacy Expectancy:** There should be absolutely no expectation of privacy in any electronic material sent or received when using Tulsa Transit's network, email system, computer systems, web usage, or third-party vendor applications provided by Tulsa Transit. Communications and material on the Email system may be subject to disclosure under provisions of the Open Records Act. There is no guarantee of privacy nor there any expectation of privacy with regard to any electronic system utilized.

**Fraudulent Activities:** Material that is fraudulent, dangerous, harmful, harassing, embarrassing, sexually explicit, profane, obscene, intimidating, defamatory, or otherwise unlawful or inappropriate may not be created or sent by email or other form of electronic communication or displayed on or stored in Tulsa Transit's electronic communication systems. Employees encountering or receiving this kind of material should immediately report the incident to a supervisor. In turn, the notified supervisor has an obligation to report the incident to Human Resources Department for proper action.

**Equipment Relocation:** Employees/users may not move or relocate computer systems owned or operated by Tulsa Transit without first obtaining the express permission from the Information Technology Department.

**Wireless Capable Devices:** Electronic equipment such as, but not limited to, computers and laptops are approved and provided by the Tulsa Transit's Information Technology Department to assist employees in conducting Tulsa Transit business. This equipment is maintained and updated by Information Technology staff to protect data and system integrity in a secured environment. No employee, contractor or visitor is permitted to connect or add unauthorized electronic equipment including wireless capable devices to Tulsa Transit's network without the express authorization of the Information Technology Department.

**Social Media:**
This policy provides guidance for employee use of social media, which should be broadly understood for purposes of this policy to include blogs, wikis, microblogs, message boards, chat rooms, electronic newsletters, online forums, social networking sites, and other sites and services that permit users to share information with others in a contemporaneous manner. The following principles apply to professional use of social media on behalf of Tulsa Transit as well as personal use of social media when referencing Tulsa Transit.

- Employees need to know and adhere to the Tulsa Transit's Code of Conduct, Employee Handbook, and other company policies when using social media in reference to Tulsa Transit.

- Employees should be aware of the effect their actions may have on their images, as well as Tulsa Transit's image. The information that employees post or publish may be public information for a long time.

- Employees should be aware that Tulsa Transit may observe content and information made available by employees through social media. Employees should use their best judgment in posting material that is neither inappropriate nor harmful to Tulsa Transit, its employees, or customers.

12

- Although not an exclusive list, some specific examples of prohibited social media conduct include posting commentary, content, or images that are defamatory, pornographic, proprietary, harassing, libelous, or that can create a hostile work environment.

- Employees are not to publish, post or release any information that is considered confidential or not public. If there are questions about what is considered confidential, employees should check with the Human Resources Department and/or supervisor.

- Social media networks, blogs and other types of online content sometimes generate press and media attention or legal questions. Employees should refer these inquiries to authorized Tulsa Transit spokespersons.

- Employees should get appropriate permission before you refer to or post images of current or former employees, members, vendors or suppliers. Additionally, employees should get appropriate permission to use a third party's copyrights, copyrighted material, trademarks, service marks or other intellectual property.

- Social media use shouldn't interfere with employee's responsibilities at Tulsa Transit.

- Subject to applicable law, after-hours online activity that violates Tulsa Transit's Code of Conduct or any other company policy may subject an employee to disciplinary action or termination.

If you see any social media behavior or content that is inappropriate or not in keeping with these guidelines, please report it to management.

## EMPLOYMENT APPLICATION POLICY

Tulsa Transit complies with the Immigration Reform and Control Act of 1986, and cannot employ any individual unless he/she is a citizen of the United States or an alien with proper authorization to work in the United States. Each new employee must complete the Employment Eligibility Verification Form I-9, and present documentation establishing identity and employment eligibility. Employees with questions on employment are encouraged to contact the Human Resources Department.

Tulsa Transit relies upon the accuracy of information contained in the employment application, as well as the accuracy of other data presented throughout the hiring process and employment. Any misrepresentation, falsifications, or material omissions in any of this information or data may result in immediate termination from employment.

## EQUAL EMPLOYMENT OPPORTUNITY & AFFIRMATIVE ACTION POLICY

The Equal Employment Opportunity/Affirmative Action Program (EEO/AA Program) of Tulsa Transit is established in accordance with certain laws and regulations, which include:

- Title VI and Title VII of the Civil Rights Act of 1964, as amended
- Equal Employment Act of 1972
- Equal Pay Act of 1963
- Age Discrimination in Employment Act of 1967, as amended
- Rehabilitation Act of 1973, as amended
- Americans with Disabilities Act of 1990
- Civil Rights Act of 1991

13

- Section 19 of the Urban Mass Transportation Act of 1964, as amended
- U.S. Department of Transportation's Federal Transit Administration's Equal Employment Opportunity Program Guidelines for Grant Recipients contained in FTA Circular C 4704.1 approved July 26, 1988

Tulsa Transit has a strong commitment to the community we serve and our employees. As an equal opportunity employer, Tulsa Transit strives to have a workforce that reflects the community it serves. No person is unlawfully excluded from employment opportunities based on race, color, religion, national origin, sex, gender, sexual orientation, pregnancy, age, genetic information, disability, veteran status, or other protected class.

Tulsa Transit's EEO/AA Program applies to all employment actions, including but not limited to, recruitment, hiring, selection for training, promotion, transfer, demotion, layoff, return from layoff, termination, rates of pay or other forms of compensation.

All applicants and employees have the right to file complaints alleging discrimination. Retaliation against an individual who files a charge or complaint of discrimination, participates in an employment discrimination proceeding (such as an investigation or lawsuit), or otherwise engages in protected activity is strictly prohibited and will not be tolerated. Such conduct is cause for disciplinary action up to and including dismissal. Employees who believe they have been unlawfully discriminated against, or have witnessed such conduct, may file a complaint directly with the Human Resources Department at Tulsa Transit or the Equal Employment Opportunity Commission. External applicants may file complaints of alleged employment discrimination with the Equal Employment Opportunity Commission.

Tulsa Transit is committed to providing reasonable accommodations to applicants and employees who need them because of a disability or to practice or observe their religion, absent undue hardship or a safety hazard. An Employee Request for Accommodation form is available from a supervisor or in the Human Resources Department.

Tulsa Transit's General Manager maintains overall responsibility and accountability for Tulsa Transit's compliance with its EEO/AA Program. To ensure day-to-day management, including program preparation, monitoring, and compliant investigation, the General Manager appointed Debbie Boudreaux, Human Resources Director, 918-560-5654, dboudreaux@tulsatransit.org, as Tulsa Transit's EEO Officer. Ms. Boudreaux reports directly to the General Manager. (rev. 12-1-18)

All Tulsa Transit executives, management, and supervisor personnel, share in the responsibility for implementing and monitoring Tulsa Transit's EEO/AA Program within their respective areas and will be assigned specific tasks to ensure compliance is achieved. Tulsa Transit will evaluate its managers' and supervisors' performance on their successful implementation of Tulsa Transit's policies and procedures, in the same way Tulsa Transit assesses their performance regarding other program goals. (rev. 12-1-18)

Tulsa Transit is committed to its written nondiscrimination program that sets forth the policies, practices, and procedures, with goals and timetables, to which the agency is committed and makes the EEO/AA Program available for inspection by any employee or applicant for employment upon request.

Tulsa Transit is committed to a workplace that acts upon its daily responsibility to treat all applicants and employees with dignity and respect, as well as equitably under the guidelines of our EEO/AA Program.

14

## EQUIPMENT MAINTENANCE AND USE POLICY

Equipment is expensive and may be difficult to replace. When using equipment, employees are expected to exercise care, perform required maintenance, and follow all operating instructions. safety standards, and guidelines. Employees should notify their supervisor if any equipment, machines, tools, or vehicles appear to be damaged, defective, or in need of repair. Prompt reporting of damages, defects, and the need for repairs could prevent deterioration of equipment and possible injury to employees or others. The supervisor can answer any questions about an employee's responsibility for maintenance and care of equipment or vehicles used on the job.

If an employee drives a company vehicle, please remember that the employee is representing Tulsa Transit. These vehicles should be driven carefully and kept clean. Please do not leave personal belongings, trash, or clutter in these vehicles. Cellular phones must not be used while on or operating a Tulsa Transit revenue vehicle. Also, please remember that these vehicles are to be used strictly for company use only and not personal business. If required, all mileage on company vehicles must be logged and submitted to the Accounting Department in a timely manner.

The improper, careless, negligent, destructive, or unsafe use or operation of equipment or vehicles will result in disciplinary action up to and including termination of employment. Tulsa Transit is not responsible for any citation received as a result of the employee's improper driving behavior.

All company property, equipment and/or vehicles must be returned in good working condition to Tulsa Transit prior to the last day of employment. The employee is responsible for paying for the cost of any company property, equipment, and/or vehicle not returned to Tulsa Transit, or for any malicious damage thereto.

Any employee who drives a company vehicle must report immediately to the Human Resources Department a suspension or revocation of the employee's driver's license. Once the license is valid again, the employee must immediately notify the Human Resources Department. **Driving a company vehicle without a valid driver's license is a violation of this policy and will result in disciplinary action up to and including termination of employment.**

## ETHICS IN PROCUREMENT POLICY

**Ethics in Relationships** – In all procurement matters pertaining to Tulsa Transit, no Tulsa Transit employee shall have any relationship or engage in any activity that might:

1. Involve or lead to personal obligation that could impair the objectivity of such person's judgment;

2. Give the appearance to others that favoritism or obligations exist between the Board, its members, or employees, and any other party; or

3. Involve members of the immediate family of a Tulsa Transit employee in the selection or award of federally funded contracts. For the purpose of this prohibition, "immediate family" shall mean spouse, parent, child, or sibling.

**Gifts** – No employee of Tulsa Transit or member of the Board of Directors shall solicit or accept, directly or indirectly, any gift, gratuity, favor, entertainment, food, lodging, loan, or other thing in excess of $50.00 in value from any person or organization having or seeking to establish a business relationship with Tulsa Transit. All gifts or other gratuities from any party having or

15

seeking to establish a business relationship with Tulsa Transit are discouraged and contrary to this declared policy. This policy is not intended to prohibit the ordinary and accepted courtesies of business, such as promotional desk calendars, diaries, cigarette lighters, pencils and occasional meals, but is intended to prohibit receipt of valuable gifts and extended or expensive hospitality. Proper personal conduct requires that:

1. Gifts or other gratuities which might adversely affect the exercise of a Board member's or an employee's judgment in matters pertaining to Tulsa Transit or tend to impair public confidence in Tulsa Transit must never be accepted.

2. Entertainment in any form must not be accepted if either party might feel an obligation.

3. Tulsa Transit Board members or employees shall not solicit gratuities, discounts, favors, or anything of monetary value from contractors or potential contractors.

**Influence** - Because situations involving conflict of personal interest can also impair judgment:

1. No Tulsa Transit employee shall have a financial interest in any other organization which might profit either from the decisions he/she makes in carrying out his/her responsibilities, or from his/her knowledge of actions or future plans. Any interest as an owner, partner, joint venture, or stockholder of one percent (1%) or less in any such organization shall not be deemed a "financial interest" prohibited hereunder; but serving as Director, Officer, Consultant, or Employee of such an organization shall be deemed a "financial interest".

2. No Tulsa Transit Board member or employee shall make investments or act for personal gain based upon special knowledge they obtained — whether direct or inadvertently — as a result of his/her position as a Board member or employee.

**Violations** – Violation of these procurement procedures by any Tulsa Transit officer, employee, or agent shall subject the individual to disciplinary action by management or the Board of Trustees. Violation or attempt to circumvent these procurement procedures by contractors and bidders, potential contractors and bidders, or their agents shall be considered a breach of the contract, and shall be considered a willful breach if such violation is deemed to be in knowing or careless disregard of these procurement procedures, and shall subject the contractors or their agents to disciplinary actions up to and including suspension or debarment from contracts with Tulsa Transit.

## FAMILY MEDICAL LEAVE POLICY   (rev. 3-1-18)
This policy is intended to comply with the requirements of the Family and Medical Leave Act (FMLA) of 1993 and all amendments thereto. The provisions of this policy will be interpreted in a manner consistent with applicable law.

Tulsa Transit is covered by the FMLA. Any fraudulent use of leave approved under FMLA will result in disciplinary action up to and including termination. Such fraudulent use includes, but is not limited to, taking off work and using FMLA leave for reasons other than that specified in the employee's completed Certification of Healthcare Provider which is on file at Tulsa Transit. In addition, leave that is inconsistent with approved FMLA leave will also result in disciplinary action up to and including termination.

16

An employee on modified duty will receive his/her regular rate of pay while performing his/her modified duty assignment.

Full-time modified duty hours consist of 8 hours per day, not to exceed 40 hours per week, unless authorized by management. Benefits will continue to accrue and payroll deductions for benefits will continue to be withheld.

Any employee on modified duty is subject to Tulsa Transit's policies and procedures.

## NO HARASSMENT POLICY

Tulsa Transit believes that each employee has the right to be free from workplace harassment. Tulsa Transit is committed to ensuring an environment which supports employee performance and is free of harassment based upon any protected characteristic. Harassment on the basis of race, color, national origin, sex, gender, religion, age, disability, veteran's status or any other characteristic protected by applicable law will not be tolerated, and will lead to discipline up to and including termination. (rev. 12-1-18)

**Prohibited Behavior**
Harassment may be defined in many ways. Specifically, sexual harassment has been defined as follows:

Unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature constitute sexual harassment when (1) submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment; (2) submission to or rejection of such conduct by an individual is used as a basis for employment decisions affecting such individual; or (3) such conduct has the purpose or effect of unreasonably interfering with the individual's work performance or creating an intimidating, hostile or offensive work environment.

Sexual harassment can include a wide range of unwanted, sexually charged, direct or indirect behavior. Sexual harassment can result from conduct of a supervisor toward a subordinate, an employee toward another employee, a non-employee toward an employee, or an employee toward an applicant for employment. Sexual harassment can apply to conduct *outside* the workplace as well as *on the job site.* Examples of actions which are considered sexual harassment include, but are not limited to:

1. Unwelcome physical conduct or physical harassment, for example, any unwanted touching of another person, impeding or blocking movement, or any physical interference with normal work or movement.

2. Sexually explicit language or gestures or verbal harassment, for example, epithets, derogatory remarks or comments or slurs with regard to one's sex or the telling of sexual stories or jokes.

3. A sexually hostile and offensive overall environment, including, for example, the repeated use of vulgar language or behavior, the presence of sexually explicit or derogatory photographs, posters, cartoons, or drawings or similar conduct which is sexually hostile and offensive to a reasonable person.

Slurs, epithets, and jokes based on these characteristics have no place in the workplace. Conduct, comments, or innuendoes that may be perceived by others as offensive are wholly inappropriate and are strictly prohibited. This policy also prohibits sending, showing, sharing or distributing in any form, inappropriate jokes, pictures, comics, stories, etc., via facsimile, e-mail

...met or other means of communication.  Harassment of any nature, when based on race, religion, color, sex, gender, national origin, age, disability or any other characteristic protected by applicable law will not be tolerated.

Further, such harassing actions by customers or patrons will not be accepted.  All employees must act responsibly to establish and maintain a working environment which is free of harassment.

### Responsibilities
Each employee is responsible for monitoring his or her conduct to avoid harassing behavior toward others.  The supervisor and/or manager for each location is generally responsible for identifying and reporting harassing situations within his or her area of responsibility, but all employees must assist in enforcing this policy by promptly reporting any harassing situations or incidents which he/she observes or experiences.  Complaints of harassment must be submitted to either the employee's supervisor or the Director of Human Resources.

### Reporting & Investigation
All complaints of harassment will be investigated thoroughly.  All information regarding any specific incident will be kept as confidential as possible within the necessary bounds of the fact-finding process.  If a complaint of harassment is substantiated, the person who is engaged in harassment will be subject to disciplinary action up to and including termination.  Supervisors may also be subject to discipline for failing to report incidents of harassment in their areas of responsibilities of which they were aware prior to the investigation.

If the complaint involves the employee's Department Head, the complaint form should be completed and given to the Director of Human Resources.  If the complaint involves a member of the Human Resources Department, the complaint should be completed and given to the General Manager.

### Confidentiality
Information about an incident will be disclosed only on a needs-to-know basis, so that a fair and thorough investigation can be conducted and appropriate corrective action can be taken. Tulsa Transit will make every effort to ensure the safety and privacy of the individuals involved.

### Discipline
An employee who engages in prohibited behavior will be subject to appropriate disciplinary action, as determined by the findings of the investigation. Such discipline may include warnings, demotion, suspension, or immediate dismissal. In addition, certain actions may cause the employee to be held legally liable under state or federal law.

### Retaliation
All employees should be sensitive to and recognize that false accusations of harassment can have a serious effect on innocent persons.  Tulsa Transit will not tolerate retaliation against any employee for reporting harassing situations or incidents which he or she observes or experiences.  Similarly, false reports of harassment will not be tolerated.

## NO SMOKING POLICY
Tulsa Transit designates all of its facilities, the Rockford area, the Maintenance Shop, the Call Center, the Denver Avenue Transfer Station (DAS) building, and the Midtown Memorial Transfer Station (MMS) building as non-smoking and tobacco free facilities.  This is to preserve the health of all our employees and the public as they visit our facilities to conduct business.  Smoking and tobacco products, as well as electronic cigarettes are prohibited in all company vehicles and

equipment and inside all Tulsa Transit buildings.    Designated smoking/tobacco areas are available outside the buildings away from the entrances. Violation of this policy will result in disciplinary action up to and including termination of employment.

## NO VIOLENCE POLICY

Tulsa Transit seeks to provide a work environment free from violence or threats of violence against individuals or groups, or intentional damage to company property. This policy requires that all individuals working for or representing Tulsa Transit conduct themselves in a professional manner consistent with good business practices and in absolute conformity with non-violence principles and standards.

### Definition

For purposes of this policy, workplace violence is defined as a single behavior or series of behaviors which constitute actual or potential assault, battery, harassment, intimidation, threats or similar actions against individuals, or destruction, attempted destruction or threats to property by any individual working for or representing Tulsa Transit.

### Company Response

Tulsa Transit strictly prohibits the use of violence or threats of violence in the workplace and views such actions very seriously. Threats, threatening or menacing behavior, stalking, or acts of violence against employees, visitors, guests, or other individuals will not be tolerated. Violation of this policy will lead to disciplinary action up to and including termination of employment and the involvement of appropriate law enforcement authorities where appropriate.

Any person who makes substantial threats, exhibits threatening behavior, or engages in violent acts on Tulsa Transit premises shall be removed from the property and may be asked to remain away from Tulsa Transit's premises pending the outcome of an investigation into the incident. People who commit these acts outside the workplace and such acts impact the workplace are also violating this policy and will be dealt with appropriately. Tulsa Transit reserves the right to respond to any actual or perceived acts of violence in a manner management deems appropriate according to the particular facts and circumstances.

### Reporting Procedure

Tulsa Transit employees are responsible for immediately notifying management of any threats which they have witnessed, received, or have been made aware of, including those related to partner violence. Management is responsible for notifying the Human Resources Department of the situation.

## NO WEAPONS POLICY

Tulsa Transit does not permit employees to possess any firearms or other weapons inside any building or vehicle owned by Tulsa Transit.  Do not bring weapons into Tulsa Transit's buildings or vehicles without our express consent. Tulsa Transit Security Officers, Tulsa Transit's Director of Transportation, Tulsa Police Department, and Tulsa County Sheriffs may receive special permission from the General Manager to carry firearms or weapons. Any other employee who has a license to carry may not carry firearms or other weapons inside any building or vehicle owned by Tulsa Transit without written permission from the General Manager.  Any permission granted is at the sole discretion of Tulsa Transit and can be revoked at any time. Questions pertaining to this policy should be directed to the Human Resources Department. Violation of this policy will result in disciplinary action up to and including termination of employment.  (rev. 6-21-18)

21

## OPEN DOOR POLICY

Tulsa Transit's management staff is always willing to listen to employee's concerns or suggestions, and we believe every employee must be treated with respect at all times. An employee's supervisor is never too busy to hear problems, suggestions, or concerns.

It is Tulsa Transit's purpose to provide the employee with an effective and acceptable means of bringing any problems concerning the employee's well-being and work conditions to management's attention. It is Tulsa Transit's policy to let employees tell their side of the story. There will be no retribution, criticism, or penalty against an employee for presenting a complaint or discussing a problem with his/her supervisor.

Please remember that the only purpose of the complaint procedure is to give employees and management an opportunity to resolve problems or complaints of any kind. In order for this procedure to work, the employee must use it and understand that it is for your benefit. Your supervisor's door is always open.

## PHYSICAL EXAMS/DRUG SCREEN POLICY

Employees covered by the Department of Transportation ("DOT") regulations are required to complete physical exams to maintain a DOT card and are subject to drug and alcohol testing. In some circumstances not covered by DOT, an employee may be required to complete a drug test or physical exam under company authority. Failure to consent to a physical exam or drug and alcohol testing will result in termination of employment. For more information, see Alcohol and Substance Abuse Policy at Appendix "A".

Employees returning to work from an illness, on-the-job injury, or off-the-job injury may be required by Tulsa Transit to take a physical exam to determine the ability of the employee to perform the requirements of the job. In some circumstances, drug and alcohol testing may also be required prior to returning to work.

Any employee driving a Tulsa Transit vehicle involved in an accident may be subject to drug and alcohol testing. Any employee who has an on-the-job injury may be subject to drug and alcohol testing.

## POLICY ON EMPLOYMENT OF RELATIVES (rev. 12-1-18)

To minimize the effects and problems associated with nepotism, the following rules apply to the hiring of relatives:

1. They may not report directly to another family member without the express consent of management. Any such reporting relationship will be on a probationary basis and may be revoked at any time at the discretion of management.

2. If such a revocation is made by management, Tulsa Transit will have the option to transfer one of the family members to an assignment elsewhere in Tulsa Transit, if a position is available.

3. If an arrangement cannot be made acceptable to Tulsa Transit, or the couple fails for any reason to notify their supervisors of their relationship, Tulsa Transit will make a determination as to the employment status of the affected individuals up to and including termination.

22